THE VILLAGE OF ROUND LAKE PARK, Plaintiff-Appellee, *v.* WILLIAM ANEST, Defendant-Appellant.

(No. 71-90; ▮▮▮▮▮▮▮▮▮▮

Second District—March 8, 1972.

▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Churchill & Baumgartner, of Grayslake, for appellant.

Finn, Geiger, & Rafferty, of Waukegan, (Donald H. Geiger, of counsel,) for appellee.